DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHANE GADOURY,

Appellant,

v.

CRIMINAL JUSTICE STANDARDS AND TRAINING COMMISSION,

Appellee.

No. 2D2025-0740
————————————————

February 13, 2026

Appeal from the Criminal Justice Standards and Training Commission.

James E. Aker and E. Dusty Aker of Aker Law Firm, P.A., Sarasota, for Appellant.

Andy Digby, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.